**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| PHYLLIS GIBSON PICKETT AND SAMIUL PICKETT, | : | |
| Plaintiffs, | : | |
| v. | : | CASE NO.: 7:24-CV-00141-WLS |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | : | |
| Defendant. | : | |

**ORDER**

The Court held a pretrial conference on October 6, 2026. This Order memorializes that conference. Counsel for both parties were present at the conference and indicated that they were ready for trial. Both parties estimated that trial would take three days.

Trial is tentatively scheduled to begin on **Monday, November 2, 2026, at 8:30 A.M.** Plaintiff's counsel, however, stated that he will be trying a separate case in this district that same week and will notify the Courtroom Deputy as to which case has priority by Wednesday, October 7, 2026.

The Court also set an expedited briefing schedule for the parties' motions in limine. Each party must file their response to the other party's motion in limine within **seven days** of the pretrial conference, or by **Tuesday, October 13, 2026**. Once the responses are filed, the Court will consider the motions to be fully briefed and ripe for adjudication. The Court will not permit any reply brief, absent extraordinary circumstances, in which case the party seeking to file a reply will so notify the Court.

**SO ORDERED**, this 7th day of October, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**