**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| PHYLLIS GIBSON PICKETT AND SAMIUL PICKETT, | : | |
| Plaintiffs, | : | |
| v. | : | CASE NO.: 7:24-CV-00141-WLS |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | : | |
| Defendant. | : | |

**ORDER**

At the pretrial conference, Plaintiff's counsel informed the Court that he will be trying a separate case in this District during the week of November 2, 2026. The Court's memorializing order directed Plaintiff's counsel to notify the Courtroom Deputy by Wednesday, October 7, 2026, whether this case has priority. (Doc. 31.) Plaintiff's counsel has notified the Courtroom Deputy that this case does not have priority. The Court therefore **ORDERS** that trial in this matter shall commence on **Monday, November 9, 2026, at 8:30 A.M.**

The parties are reminded that counsel shall notify the Court immediately if this matter is resolved before trial.

**SO ORDERED**, this 8th day of October, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**