**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| PHYLLIS GIBSON PICKETT and SAMIUL PICKETT,<br><br>Plaintiffs,<br>v.<br><br>ALLSTATE VEHICLE & PROPERTY INSURANCE CO.,<br><br>Defendant. | Case No.: 7:24-CV-00141-WLS |

**ORDER**

The parties filed their notice of settlement on November 3, 2026. (Doc. 38.) In the notice, the parties state that they will file a stipulation of dismissal within 30 days. (*Id.*) In accordance with their notice of settlement, the parties are **ORDERED** to file a stipulation of dismissal within **30 days** of their notice, or by **Thursday, December 3, 2026**.

**SO ORDERED**, this 4th day of November, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**